**In re James Grant THOMPSON**

[742 A.2d 761]

No. 99-442

October 22, 1999. The resignation of James Grant Thompson from the Bar of

the Vermont Supreme Court is accepted subject to the terms and conditions of A.O. 9, Rule 16. It is hereby ordered that James Grant Thompson is disbarred from the office of attorney and counsellor at law.

James Grant Thompson is reminded that he must comply with A.O. 9, Rule 21.